THE PEOPLE OF THE STATE OF NEW YORK ex rel. 505 EIGHTH AVENUE COR-PORATION, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Appeal from an order of the Special Term of the Supreme Court, New York county, reducing an assessment made by defendants for the year 1934 on certain real property, after trial of a proceeding by writ of certiorari. Relator is the lessee of, and is obligated to pay the taxes on the property affected in the proceeding. Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELJAC REALTY CORPORATION, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Appeal from an order of the Special Term of the Supreme Court, New York county, reducing an assessment made by defendants for the year 1934 on certain real property, after trial of a proceeding by writ of certiorari. Relator is the owner of the fee and obligated to pay the taxes thereon. Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY M. HUBSHMAN and Another, Copartners, etc., Appellants, v. ANSONIA SILK CORPORATION, Respondent.— Order denying plaintiffs' motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NATHAN SUDNOW, Appellant-Respondent, v. FANNIE LEMPERT and ABRAHAM LEMPERT, Respondents-Appellants, Impleaded with Others.— Cross-appeals: By plaintiff from so much of a judgment, entered on decision, as awards the sum of $5,458.54, with interest, on deposit in the South Brooklyn Savings Bank in the name of Fannie Lempert to said defendant. By defendants from so much of said judgment as enforces an alleged oral agreement of trust made by the plaintiff and his late wife, Bessie L. Sudnow, deceased, and declares that plaintiff is the sole owner in fee simple of the real property, with the building thereon, known as 2922 Eastern boulevard, Bronx county. Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDJOMAC AMUSEMENT CORPORATION, Respondent, v. EMPIRE STATE MOTION PICTURE OPERATORS' UNION, INC., Defendant, Impleaded with EMPIRE STATE THEATRICAL STAGE EMPLOYEES' UNION, INC., Appellant.— Action to enjoin defendants from picketing the plaintiff's theatre, known as the Eltinge Theatre, at 236 West Forty-second street, Manhattan, or otherwise directly or indirectly interfering with plaintiff in the management, conduct and operation of its theatre, or the patrons thereof. Judgment decreeing that the temporary injunction granted on April 3, 1935, be made permanent, and permanently enjoining defendant Empire State Theatrical Stage Employees' Union, Inc., from carrying or displaying a sign bearing a certain legend unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [156 Misc. 856.]